UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

6:20-CR-06014-001

--- vs---

ORDER

McCullough, Hashim

Defendant.

**IT IS ORDERED** that the defendant shall no longer be required to reside at the Volunteers of America - Residential Re-entry Center as of August 1, 2023.

_____
Elizabeth A. Wolford
Chief United States District Judge

Dated:   07/25/2023